District Court of Colorado          10/19/20

1-20-cv-03073-GPG.

I, ZM petition MJ Gallaghere to Order Trump to allow me to pay the $400 to testify against the 9/11 Saudi Royal Coconspirator Naif.

This the Biggest Coverup Conspiracy in the history of the World. Only in Amerikkka.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 02 2020

JEFFREY P. COLWELL
CLERK

Slave of ALLAH

Zacarias Moussaoui